UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRKLON LA'ROY BOYD | CIVIL ACTION |
| VERSUS | NO. 16-14699 |
| SHERIFF NEWELL NORMAND ET AL. | SECTION "A"(2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss, Record Doc. No. 27, is **GRANTED;** that plaintiff's Section 1983 claim against Sheriff Newell Normand is **DISMISSED WITH PREJUDICE** for failure to state a claim; and that plaintiff's state law claims against the Sheriff are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this __8th__ day of __November__, 2017.

_____
UNITED STATES DISTRICT JUDGE